IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | 1:20-CR-00208-ELR-1 |
| | * | |
| JAINJIE LIU, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Justin S. Anand [Doc. 53]. Judge Anand recommends that Government's Motion to Dismiss [Doc. 49] be granted, and pending motions [Docs. 44 and 45] be denied without prejudice to Defendant seeking leave to re-file the motions fourteen (14) days of her surrender or other first appearance in this district. The Government was further ordered to inform the Court when the Defendant has made her first appearance in this district on the pending warrant so that the Court may schedule a further status conference or other appropriate proceedings. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681

F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 53] as the opinion of this Court.

**SO ORDERED**, this 12th day of July, 2021.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia