IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIANJIE LIU | Criminal Action No.<br><br>1:20-cr-00208-ELR-JSA |

## **FINAL ORDER AND JUDGMENT OF FORFEITURE**

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Jianjie Liu. The Court entered the Consent Preliminary Order of Forfeiture on August 24, 2020, [Doc. 91], forfeiting the following property to the United States pursuant to 18 U.S.C. § 982(a)(1):

a. $69,560.63 seized from J.P. Morgan Chase account no. XXXXX5887 held in the name of A&J Commercial Services, Inc.

The United States published notice of the forfeiture action on the official government internet site forfeiture.gov for at least thirty consecutive days. No one has filed a claim to the asset and the deadline for doing so has expired.

This Court having found that the Defendant has an interest in the property subject to forfeiture, pursuant to 18 U.S.C. § 982(a)(1), and that no one filed a

petition claiming an interest in the asset, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 982(a)(1):

    a. $69,560.63 seized from J.P. Morgan Chase account no. XXXXX5887 held in the name of A&J Commercial Services, Inc.

2. All right, title and interest in the above asset is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS 15th day ofDecember, 2022.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Sekret T. Sneed
Sekret T. Sneed, Assistant United States Attorney
(404) 581-6263